NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PEI-HERNG HOR,**
*Plaintiff-Appellant,*

**AND**

**RULING MENG,**
*Plaintiff-Appellant,*

**v.**

**CHING-WU "PAUL" CHU,**
*Defendant-Appellee.*

---

2011-1540

---

Appeal from the United States District Court for the Southern District of Texas in case no. 08-CV-3584, Judge Keith P. Ellison.

---

## ON MOTION

---

## O R D E R

Upon consideration of Pei-Herng Hor's unopposed motion for leave to file his corrected principal brief and

corrected reply brief out of time, with corrected briefs attached,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William P. Jensen, Esq.
    Brent C. Perry, Esq.
    Lester L. Hewitt, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK